# BOCHNER IP

295 Madison Avenue, 12th Floor                    andrew@bochnerip.com

New York, New York 10017                              Tel: 646.971.0685

June 16, 2021

Via ECF

Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    Brooklyn Textiles LLC v. DSource LLC d/b/a PPE Advantage and Douglas Stein
>        a/k/a Doug Stein
>        1:21-cv-03313-BMC

Dear Judge Cogan:

We represent Plaintiff Brooklyn Textiles LLC ("BTL") in the above-referenced matter. We thank the Court for its prompt review of BTL's Complaint and the Order to Show Cause regarding the Court's subject matter jurisdiction over the case issued on June 14, 2021 (the "OSC"). In the OSC, the Court noted that the Complaint must set forth the identity, as well as the citizenship, of each member of an LLC individually.

In response to the OSC, BTL filed an Amended Complaint (Dkt. 6) including additional information relating to the identity and domicile of the sole member of BTL. Am. Compl., ¶ 7. BTL respectfully submits that the issues raised by the Court in the OSC have now been addressed, and therefore, BTL respectfully requests that the Court discharge the OSC, finding that subject matter jurisdiction has been properly pled by BTL.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Paul L. Fraulo
Andrew D Bochner, Esq.
Paul L. Fraulo, Esq.
Bochner IP, PLLC
295 Madison Ave., 12th Fl
New York, NY 10017
646.971.0685
andrew@bochnerip.com
paul@bochnerip.com
*Attorneys for Plaintiff*